Thelma S. BUNCH and Charles Bunch,
Plaintiffs-Respondents,

v.

James V. McMILLIAN and Empiregas
Inc. of Cabool, a corporation,
Defendants-Appellants.

No. 9743.

Missouri Court of Appeals,
Springfield District.

Jan. 27, 1976.

Rich D. Moore, Moore & Brill, West
Plains, for defendants-appellants.

No appearance for plaintiffs-respondents.

PER CURIAM.

The verdict of the jury was in favor of
the plaintiffs. However, no judgment was
entered on the verdict. The minute or
docket entry which appears in the tran-
script does not constitute a final judgment
from which an appeal may be taken. *State
v. Henderson*, 493 S.W.2d 31, 32[1] (Mo.App.
1973) and authorities there cited. Anno. 73
A.L.R.2d 250 at p. 302. The docket entry
merely summarized procedural steps which
were taken on the day of the trial including
the appearances, selection of the jury, open-
ing statements, the offering of evidence,
in-trial motions, the arguments, and the
contents of the verdict. This court has no
jurisdiction of this premature appeal. *Pea-
cock v. City of Dexter*, 530 S.W.2d 272
(Mo.App.1975, Springfield District.)

The appeal is dismissed.

All concur.